# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Lexmark International, Inc. | ) | ASBCA No. 61285 |
| | ) | |
| Under Contract No. SP7000-12-C-0015 | ) | |

APPEARANCE FOR THE APPELLANT: Karen N. Pohl, Esq.
   Associate General Counsel

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
   DLA Chief Trial Attorney
  Bruce T. McCarty, Esq.
   Trial Attorney
   DLA Counsel - Document Services
   New Cumberland, PA
  David R. Nolte, Esq.
   Associate General Counsel
   DLA Energy
   Fort Belvoir, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  17 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61285, Appeal of Lexmark International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals